Order issued November 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01093-CV

**MORRISON SEIFERT MURPHY, INC., Appellant**

**V.**

**BUCK ZION, Appellee**

# ORDER

Appellant's motion for rehearing is hereby DENIED.

DOUGLAS S. LANG
JUSTICE